S.D.N.Y..–N.Y.C.
13-cv-4541
13-cv-4355
Sullivan, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of September, two thousand thirteen.

Joan C. Lipin,

        *Petitioner*,

v.                                         13-2672

Dankse Bank, *et al.*,

        *Respondents*.

---

Joan C. Lipin,

        *Petitioner*,

v.                                         13-2673

Danske Bank, *et al.*,

        *Respondents*.

---

In May 2012, this Court entered a leave-to-file sanction against Petitioner Joan C. Lipin. *See In re Joan C. Lipin*, U.S.C.A. Dkt. Nos. 11-147, 11-213, 11-1384, 11-1492, entry at 05/07/12. In the above-captioned cases, the Petitioner has filed motions for leave to file appeals. Upon due consideration, it is hereby ORDERED that the motions are DENIED. These filings do not represent a departure from Petitioner's pattern of vexatious litigation. *See In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993).

                                                                           FOR THE COURT:

                                                                           Andrew M. Contreras, Chief Deputy Clerk

SAO-IAD